Order issued October 2, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-00748-CR

**RONDA KAY LESTER, Appellant**

V.

**THE STATE OF TEXAS, Appellee**

## ORDER

Before Justices Moseley, Fillmore, and Myers

Based on the Court's opinion of this date, we **GRANT** the December 9, 2012 motion of

Donna M. Hoffmann for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk

of the Court to remove Donna M. Hoffmann as counsel of record for appellant. We **DIRECT** the

Clerk of the Court to send a copy of this order and all future correspondence to Ronda Kay Lester,

No. 1718658, Hobby Unit, 742 F.M. 712, Marlin, Texas, 76661.

LANA MYERS
JUSTICE